## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LEROY KENTISH, on his own
behalf and others similarly situated,**

    **Plaintiff,**

v.                                                                      Case No.  8:08-cv-44-T-30EAJ

**MADAHCOM, INC.,**

    **Defendant.**

_____/

## O R D E R

The Court has been advised via Defendant Madahcom, Inc.'s Notice of Settlement (Dkt. #37) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**   All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2008.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2008\08-cv-44.dismissal 37.wpd